

# NUMBER 13-22-00288-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BUNNETT & CO., INC., ENERGY FEEDS
INTERNATIONAL, LLC, AND
WILLIAM E. BUNNETT,                                            Appellants,

v.

NATURAL SODA LLC AND
ENIRGI GROUP CORPORATION                          Appellees.

On appeal from the 200th District Court
of Travis County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Justice Tijerina**

Appellants Bunnett & Co., Inc., Energy Feeds International, and William E. Bunnett

perfected an appeal in appellate cause number 13-22-00288-CV from a judgment entered

by the 200th District Court of Travis County, Texas, in trial court cause number D-1-GN-

15-005653 on June 22, 2017.[1] On September 6, 2022, appellants and appellees, Natural Soda LLC and Enirgi Group Corporation, filed a joint motion to dismiss the appeal in this Court. The motion states that the parties have reached a settlement agreement and that the parties desire that we: (1) reverse the trial court's June 22, 2017 judgment; (2) "[r]ender judgment dismissing all claims by all parties with prejudice to the refiling of same"; and (3) "order that each party bear their own costs of the appeal."

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion is granted, and we reverse the trial court's June 22, 2017 judgment and render a judgment dismissing all claims by all parties with prejudice to the refiling of same. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). The supersedeas bond filed by Sure Tec Insurance is released and all obligations thereon are discharged.

JAIME TIJERINA
Justice

Delivered and filed on the
15th day of September, 2022.

---

[1] This case is before this Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

2